JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MARTIN BARKIS and BRENDA BARKIS, husband and wife and the marital community composed thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>CORE DISTRIBUTION, INC., a foreign corporation; TOZIER BROS., INC., a Washington corporation doing business as TOZIER BROTHERS ACE HARDWARE,<br><br>Defendants. | No. 3:13-cv-06067-RBL<br><br>STIPULATION AND AGREED ORDER AMENDING PRETRIAL DATES |

## **STIPULATION**

Come now the parties, by and through their undersigned counsel of record, and hereby stipulate to the following adjustment of pretrial dates in order to accommodate expert testing and analysis:

STIPULATION AND AGREED ORDER AMENDING
PRETRIAL DATES (Cause No. 3:13-cv-06067-RBL) – 1
bp/WLCS6546.030/1608024

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

1. Plaintiffs' disclosure of expert reports will be due on December 1, 2014.

2. Defendants' disclosure of expert reports will be due on January 30, 2015.

3. All motions related to discovery must be filed by January 15, 2015.

4. Discovery completed by February 6, 2015.

5. All dispositive motions must be filed by February 13, 2015.

6. All other pretrial deadlines and the trial date will remain the same.

RUSH, HANNULA, HARKINS & KYLER, LLP
Attorneys for Plaintiffs


By: *s/Michael J. Fisher*                              Date:  September 2, 2014
       Michael J. Fisher, WSBA #32778


WILSON SMITH COCHRAN DICKERSON
Attorneys for Defendant Core Distribution, Inc.


By: *s/Whitney L.C. Smith*                              Date:  September 2, 2014
       Whitney L. C. Smith, WSBA #21159

## **ORDER**

Based on the above stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pretrial deadlines in the above matter are amended as follows:

1. Plaintiffs' disclosure of expert reports will be due on December 1, 2014.

2. Defendants' disclosure of expert reports will be due on January 30, 2015.

3. All motions related to discovery must be filed by January 15, 2015.

4. Discovery completed by February 6, 2015.

5. All dispositive motions must be filed by February 13, 2015.

STIPULATION AND AGREED ORDER AMENDING
PRETRIAL DATES (Cause No. 3:13-cv-06067-RBL) – 2
bp/WLCS6546.030/1608024

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

6. All other pretrial deadlines and the trial date will remain the same.

DATED this 9th day of September, 2014.

_____
RONALD B. LEIGHTON (as authorized/dn)
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Whitney L. C. Smith*
Whitney L.C. Smith, WSBA No. 21159
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
(206) 623-4100 telephone
(206) 623-9273 facsimile
smithw@wscd.com
Attorneys for Defendant Core Distribution, Inc.

STIPULATION AND AGREED ORDER AMENDING
PRETRIAL DATES (Cause No. 3:13-cv-06067-RBL) – 3
bp/WLCS6546.030/1608024

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273